# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>    v.<br><br>CRYSTAL D. BIRDSONG,<br> aka:   Crystal D. Brinkley,<br><br>                                Defendant. | Case No. 18-03042-07-CR-S-SRB |

## *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

COMES NOW, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, Crystal D. Birdsong, aka: Crystal D. Brinkley (Missouri DOC #1069514, DOB 1984), is currently incarcerated at the Missouri Department of Corrections – Chillicothe Correctional Center, 3151 Litton Road, Chillicothe, Missouri 64601.

                                                Respectfully submitted,

                                                TIMOTHY A. GARRISON
                                                United States Attorney

                          By:    */s/ Randall D. Eggert*
                                     Assistant United States Attorney
                                     901 St. Louis Street, Suite 500
                                     Springfield, Missouri 65806-2511
                                     (417) 831-4406

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on April 5, 2018, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                     */s/ Randall D. Eggert*
                                                     Randall D. Eggert
                                                     Assistant United States Attorney